

# NUMBER 13-26-00288-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| HUMBERTO ROSALES CRUZ, | Appellant, |
|---|---|

v.

| THE STATE OF TEXAS, | Appellee. |
|---|---|

## ON APPEAL FROM THE 389TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Peña, West, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

On April 17, 2026, appellant filed a "motion for objection" which was construed as an attempt to perfect an appeal from a judgment entered in trial court cause number CR-2824-14-H. We now dismiss the appeal for want of jurisdiction.

A judgment and sentence were imposed on December 1, 2014, and appellant's attempted appeal several years later was untimely. *See* TEX. R. APP. P. 26.2. Accordingly,

on April 17, 2026, the Clerk of the Court notified appellant that it appeared the appeal was not perfected timely. Appellant was advised the appeal would be dismissed if the defect was not corrected within thirty days from the date of the notice. Appellant has failed to file a response or otherwise correct the defect.

This Court's appellate jurisdiction in a criminal case is invoked by a timely filed notice of appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Absent a timely filed notice of appeal, a court of appeals does not obtain jurisdiction to address the merits of the appeal in a criminal case and can take no action other than to dismiss the appeal for want of jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). Appellant may be entitled to an out-of-time appeal by filing a post-conviction writ of habeas corpus returnable to the Texas Court of Criminal Appeals; however, the availability of that remedy is beyond the jurisdiction of this Court. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(a); *see also Ex parte Garcia*, 988 S.W.2d 240 (Tex. Crim. App. 1999).

Therefore, this appeal is dismissed for want of jurisdiction. Furthermore, appellant's motion to suppress evidence is also dismissed for want of jurisdiction.

YSMAEL D. FONSECA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
11th day of June, 2026.